BC

FILED 11/5/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Graciela Dela torre )
Plaintiff(s) )
)
)
v. )
NIPPON LIFE INSURANCE CO. at al )
Defendant(s )

Case Number: 1:25-cv-12710

Judge: Honorable Sharon Johnson Coleman

## PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF PRO BONO COUNSEL BASED ON DISABILING FIBROMYALGIA AND COGNITIVE DECLINE

Dear Judge Coleman, I respectfully file this renewed motion to ask the Court again to appoint a pro bono lawyer to assist with my case.

I have received limited assistance to prepare this motion, I am not able to represent myself effectively because of my Fibromyalgia and Cognitive decline.

My doctor has explained this means I have trouble with: Concentration and focus, Organizing my thoughts for legal arguments, Writing detailed pleadings without assistance and getting confused.

These conditions cause: Overwhelming physical pain and fatigue "flares" that leave me bedridden for days. also "Brain fog" that makes it extremely difficult to concentrate, understand complex legal rules, or write clearly.

I have been using Google AI mode and other platforms but I cannot do the work required to fight this legal battle on my own. The Case is Too Complex for Me, This case involves federal laws like ERISA, as well as state law claims. The defendants have experienced lawyers.

I Have Tried to Proceed on My Own, I filed my complaint in good faith and was granted IFP status. However, I have reached my limit.

I understand the Court's previous decision in Dkt 10, but my disabilities are a barrier I cannot overcome without assistance. My claims about retaliation are real, I have evidence of fabricated emails that Nippon's lawyer filed in my other case under:

1:25-cv-01483 Dkt 118-2 and 44-5 as shown on Dkt 134 and 158.

For these reasons, I am asking for the tools necessary to have a fair chance in this court.

This Motion has been prepared with assistance due Plaintiff current Fibro-Fog which has temporarily affected her ability to prepare the motion independently,  Plaintiff has reviewed the motion in its entirety, adopts its contents, and respectfully submits it for the Court's consideration.

No party will be prejudiced by the granting a Pro bono Counsel

Respectfully submitted, Graciela Dela Torre 653 Wing st, Elgin IL 60123 6306705914


I, Graciela Dela Torre, certify that I filed this motion using the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ Graciela Dela Torre